# EXHIBIT B

**Case Description**

| | |
|---|---|
| **Case ID:** | 240801938 |
| **Case Caption:** | LOCKETT VS E.I. DU PONT DE NEMOURS AND COMPANY ETA |
| **Filing Date:** | Thursday , August 15th, 2024 |
| **Court:** | MAJOR JURY-COMPLEX |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | TOXIC TORT PERSONAL INJURY |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

**Related Cases**

*No related cases were found.*

**Case Event Schedule**

*No case events were found.*

**Case motions**

*No case motions were found.*

**Case Parties**

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | DUPONT, ANDREW J |
| **Address:** THE CURTIS CENTER SUITE 720 EAST 601 WALNUT STREET PHILADELPHIA PA 19106 (215)893-3425 adupont@lockslaw.com | | **Aliases:** *none* | | |
| 2 | | | DEFENDANT | E I DU PONT DE NEMOURS AND COMPANY |
| **Address:** 1007 MARKET STREET WILMINGTON DE 19898 | | **Aliases:** *none* | | |
| 3 | | | DEFENDANT | ATLANTIC RICHFIELD COMPANY |
| **Address:** 501 WESTLAKE PARK BLVD HOUSTON TX 77079 | | **Aliases:** *none* | | |
| 4 | 1 | | PLAINTIFF | LOCKETT, TAMMY |
| **Address:** 2000 CARONDELET STREET NEW ORLEANS LA 70130 | | **Aliases:** *none* | | |
| 5 | | | DEFENDANT | UNION OIL COMPANY OF CALIFORNIA |
| **Address:** P.O. BOX 6028 SAN RAMON CA 94583 | | **Aliases:** UNOCAL, INDIVIDUALLY AS SUCCESSOR-IN-INTEREST AMERICAN MINERAL SPIRITS COMPANY TO | | |
| 6 | | | DEFENDANT | JOHN DOES 1 - 20 |
| **Address:** NONE PHILADELPHIA PA 19107 | | **Aliases:** *none* | | |
| 7 | | | DEFENDANT | BASF CORPORATION |
| **Address:** 100 PARK AVENUE FLORHAM PARK NJ 07932 | | **Aliases:** *none* | | |
| 8 | | | DEFENDANT | SHERWIN-WILLIAMS COMPANY |
| **Address:** 101 PROSPECT AVENUE N.W CLEVELAND OH 44155 | | **Aliases:** *none* | | |
| 9 | | | DEFENDANT | PPG ARCHITECTURAL FINISHES INC |
| **Address:** 1 PPG PL PITTSBURGH PA 15222 | | **Aliases:** *none* | | |
| 10 | | | DEFENDANT | ENERGY TRANSFER R&M LLC |
| **Address:** 3801 WEST CHEST PIKE NEWTOWN SQUARE PA 19073 | | **Aliases:** *none* | | |
| 11 | 15 | | DEFENDANT | ASHLAND LLC |
| **Address:** 50 E. RIVERCENTER BOULEVARD COVINGTON KY 41012 | | **Aliases:** *none* | | |
| 12 | | | DEFENDANT | UNIVAR SOLUTIONS USA INC |
| **Address:** 680 ELMWOOD AVE. SHARON HILL PA 19079 | | **Aliases:** *none* | | |
| 13 | | | DEFENDANT | SHELL OIL COMPANY |
| **Address:** ONE SHELL PLAZA 910 LOUISIANA STREET HOUSTON TX 77002 | | **Aliases:** *none* | | |

| 14 | | TEAM LEADER | COHEN, DENIS P |
|---|---|---|---|
| **Address:** | 656 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** *none* | |

| 15 | | ATTORNEY FOR DEFENDANT | LUCKS, STEVEN M |
|---|---|---|---|
| **Address:** | FISHKIN LUCKS LLP<br>ONE GATEWAY CENTER<br>SUITE 1150<br>NEWARK NJ 07102<br>(973)536-2800<br>slucks@fishkinlucks.com | **Aliases:** *none* | |

| 16 | 15 | ATTORNEY FOR DEFENDANT | CAIRONE, MATTHEW C |
|---|---|---|---|
| **Address:** | 1900 MARKET STREET<br>8TH FLOOR<br>PHILADELPHIA PA 19103<br>(267)627-1234<br>mcairone@fishkinlucks.com | **Aliases:** *none* | |

| 17 | 15 | ATTORNEY FOR DEFENDANT | FISHKIN, ANDREW P |
|---|---|---|---|
| **Address:** | FISHKIN LUCKS LLP<br>ONE GATEWAY CENTER<br>SUITE 1150<br>NEWARK NJ 07102<br>(973)536-2800<br>afishkin@fishkinlucks.com | **Aliases:** *none* | |

| 18 | 15 | ATTORNEY FOR DEFENDANT | SCHURKO ESQUIRE, NICOLAI A |
|---|---|---|---|
| **Address:** | FISHKIN LUCKS LLP<br>1900 MARKET STREET<br>8TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)607-2500<br>nschurko@fishkinlucks.com | **Aliases:** *none* | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 15-AUG-2024<br>11:27 AM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2408032043 | | |
| 15-AUG-2024<br>11:27 AM | COMMENCEMENT CIVIL ACTION JURY | DUPONT, ANDREW J | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | *none.* | | |
| 15-AUG-2024<br>11:27 AM | PRAE TO ISSUE WRIT OF SUMMONS | DUPONT, ANDREW J | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>2024.08.14 Praecipe to Issue Writ of Summons.pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | |
| 15-AUG-2024<br>11:27 AM | JURY TRIAL PERFECTED | DUPONT, ANDREW J | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| 15-AUG-2024<br>11:27 AM | WAITING TO LIST CASE MGMT CONF | DUPONT, ANDREW J | |
| **Docket Entry:** | *none.* | | |
| 28-AUG-2024<br>09:59 AM | PRAECIPE TO REISSUE SUMMONS | DUPONT, ANDREW J | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>2024.08.28 Reinstate Writ of Summons - Lockett.pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF TAMMY LOCKETT) | | |
| 06-SEP-2024<br>12:21 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS ARCO.pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON ATLANTIC RICHFIELD COMPANY BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:23 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS Ashland.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON ASHLAND LLC BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:24 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS BASF.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON BASF CORPORATION BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:25 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS EIDP.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON E I DU PONT DE NEMOURS AND COMPANY BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:27 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS Shell.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON SHELL OIL COMPANY BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:28 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS Sunoco.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON ENERGY TRANSFER R&M LLC BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:29 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS TSWC.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON SHERWIN-WILLIAMS COMPANY BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:30 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS Univar.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON UNIVAR SOLUTIONS USA INC BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 06-SEP-2024 12:32 PM | SHERIFF'S SERVICE | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>Writ of Summons AOS Unocal.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | DEPUTIZED SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON UNION OIL COMPANY OF CALIFORNIA BY SHERIFF OF DAUPHIN COUNTY ON 08/30/2024. (FILED ON BEHALF OF TAMMY LOCKETT) | | |

| 18-SEP-2024 12:49 PM | ENTRY OF APPEARANCE | LUCKS, STEVEN M | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>LOCKETT - Ashland Notice of Appearance FINAL.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | ENTRY OF APPEARANCE OF MATTHEW C CAIRONE, ANDREW P FISHKIN AND STEVEN M LUCKS FILED. (FILED ON BEHALF OF ASHLAND LLC) | | |

| 26-SEP-2024 02:52 PM | ENTRY OF APPEARANCE | SCHURKO ESQUIRE, NICOLAI A | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>LOCKETT - Ashland Notice of Appearance (NAS) (9-26-24) FINAL.pdf | | Click HERE to purchase all documents related to this one docket entry |
| Docket Entry: | ENTRY OF APPEARANCE OF NICOLAI A SCHURKO FILED. (FILED ON BEHALF OF ASHLAND LLC) | | |

| 26-SEP-2024 03:23 PM | RULE TO FILE COMPLAINT | LUCKS, STEVEN M | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>LOCKETT - Praecipe for Rule to File Complaint FINAL.pdf | | Click HERE to purchase all documents related to this one docket entry |

| Docket Entry: | PRAECIPE AND RULE FILED UPON TAMMY LOCKETT TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED. (FILED ON BEHALF OF ASHLAND LLC) |

| 14-OCT-2024 03:50 PM | PRAECIPE TO REISSUE SUMMONS | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | ⚠ Click link(s) to preview/purchase the documents<br>Reinstate Writ of Summons - Lockett.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** |

| Docket Entry: | PRAECIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF TAMMY LOCKETT) |

| 25-OCT-2024 10:32 AM | STIPULATION FILED | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | ⚠ Click link(s) to preview/purchase the documents<br>Stipulation of Extension to File Complaint - Lockett.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** |

| Docket Entry: | STIPULATION TO EXTEND TIME TO FILE A COMPLAINT FILED. (FILED ON BEHALF OF TAMMY LOCKETT) STIPULATION APPROVED. JUDICIAL APPROVAL NOT REQUIRED AS ALL PARTIES HAVE CONSENTED. |

| 31-OCT-2024 09:49 AM | COMPLAINT FILED NOTICE GIVEN | DUPONT, ANDREW J | |
|---|---|---|---|
| Documents: | ⚠ Click link(s) to preview/purchase the documents<br>Plaintiffs Civil Action Complaint - D. Raymond Sr.pdf | | 🛒 **Click HERE to purchase all documents related to this one docket entry** |

| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF TAMMY LOCKETT) |