UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TAMMY LOCKETT, AS BENEFICIARY AND
PERSONAL REPRESENTATIVE OF THE
ESTATE OF DONALD RAYMOND, SR.,

V.

E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.

Civil Action No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, __BASF Corporation__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

BASF Corporation is a wholly owned subsidiary of BASF USA Holding LLC. BASF USA Holding LLC is a wholly owned subsidiary of BASF Nederland BV, a Dutch limited liability company. BASF Nederland BV is a wholly owned subsidiary of BASF SE (Societas Europea--"SE"), a publicly traded European company. No publicly held corporation owns 10% or more of BASF Corporation's stock.

_/s/ Joshua M. Peles_

Date            Signature

Counsel for:  BASF Corporation