UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Lockett, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr., <br><br> Plaintiff, <br><br> v. <br><br> E.I. du Pont de Nemours and Company, BASF Corporation, The Sherwin-Williams Company, PPG Industries, Inc., Energy Transfer (R&M), LLC, Ashland, LLC, Univar Solutions USA, Inc., Union Oil Company of California d/b/a Unocal, individually as Successor-an-Interest to American Mineral Spirits Company, Shell Oil Company, Atlantic Richfield Company and John Does 1-20, <br><br> Defendants. | Civil Action No. 2:24-cv-05876 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Christopher D. Molony of REED SMITH LLP on behalf of Defendant BASF Corporation, in the above-referenced matter.

Dated: November 5, 2024

Respectfully submitted,

*/s/ Christopher D. Molony*
Christopher D. Molony
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103-7301
cmolony@reedsmith.com

*Attorneys for Defendant BASF Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I caused a true and correct copy of the foregoing Entry of Appearance to be filed and served upon all counsel of record via the electronic court filing (ECF) system for the U.S. District Court for the Eastern District of Pennsylvania and is available for viewing and downloading.

*/s/ Christopher D. Molony*
Christopher D. Molony