# Exhibit 1



Search by Name

Raymond / Donald Raymond

# Donald Joseph Raymond Sr.



Send Flowers

Share    Follow

FUNERAL HOME

Richardson Funeral Home of Jefferson Inc.

11112 Jefferson Hwy

River Ridge, Louisiana

## Donald Raymond Obituary

Mr. Donald Joseph Raymond Sr., affectionately known as Duck, transitioned into eternal life on Wednesday, August 3, 2022, at the age of 75. He was a life-long resident of New Orleans, LA, and leaves to cherish his memory, five children- Donna Calvey, Donald Raymond Jr., Dedra Raymond, Desmond Raymond (Kieoka) and Datoya Lockett, sisters Carolyn Smith and Marvelon Smith, 11 grandchildren, 3 great grandchildren, his dog King, and a host of cherished nieces, nephews, cousins, and friends. He was preceded in death by his mother Agnes Smith, father Roland Raymond, bonus father Paul Smith, sister Marie Price, brothers Roland Raymond, Author Grandpre, Anthony Grandpre, and Clifford Prevost, and his dogs Dano, Papi and Peppa. Donald was a practicing catholic, who worshipped at both Our Lady of Guadeloupe/St. Jude Shrine and St. Gabriel the Archangel Catholic Churches. Services will be held on Wednesday, August 17, 2022, at St. Maria Goretti Catholic Church, located at 7300 Crowder Blvd, New Orleans, LA 70127. The viewing begins at 9:30 am, musical prelude at 10:00am, and Mass of Christian Burial begins promptly at 10:30am. Interment will be at Southeast Louisiana Veterans Cemetery, Slidell, LA. Richardson Funeral Home of Jefferson, River Ridge, LA is in charge of the arrangements.



To plant trees in memory, please visit the Sympathy Store.

Published by The Times-Picayune from Aug. 15 to Aug. 17, 2022.