Exhibit 2

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### CIVIL TRIAL DIVISION

| | |
|---|---|
| ROBERT MALLORY, | |
| *Plaintiff*, | September Term 2017 |
| v. | Case No. 170901961 |
| NORFOLK SOUTHERN RAILWAY COMPANY, | Control No. 23103786 |
| *Defendant*. | |

### ORDER

**AND NOW**, this **5th** day of **April, 2024**, upon consideration of Defendant, Norfolk Southern Railway Company's Motion for Leave to File Amended Preliminary Objections to Plaintiff's Complaint, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **DENIED.**

BY THE COURT:

_____
DENIS P. COHEN, J.

170901961-Mallory Vs Norfolk Southern Railway Company

17090196100078