# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY LOCKETT, as Beneficiary and Personal Representative of the Estate of Donald Raymond, Sr.<br><br>                   Plaintiffs.<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.<br><br>                   Defendants. | Civil Action No.: 2:24-cv-05876-TJS<br><br>**[PROPOSED] ORDER** |

AND NOW, this ____ day of _____, 2024, upon consideration of the Motion to Dismiss filed by defendant Ashland Inc., incorrectly named as Ashland, LLC ("Ashland"), and any opposition thereto, it is hereby ORDERED and DECREED that Ashland's Motion to Dismiss is GRANTED as follows: Plaintiff's Complaint against Ashland, and all claims interposed against Ashland, are hereby DISMISSED with prejudice for lack of personal jurisdiction.

                                                                                _____

                                                                                                                 , J.