UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Tammy Lockett, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr.,** | : :  : : : |
| Plaintiff, | : Civil Action No. 2:24-cv-05876 |
| v. | : : : |
| **E.I. du Pont de Nemours and Company, BASF Corporation, The Sherwin-Williams Company, PPG Industries, Inc., Energy Transfer (R&M), LLC, Ashland, LLC, Univar Solutions USA, Inc., Union Oil Company of California d/b/a Unocal, individually as Successor-an-Interest to American Mineral Spirits Company, Shell Oil Company, Atlantic Richfield Company and John Does 1-20,** | : : : : : : : : : : : |
| Defendants. | : : |

## STIPULATED MOTION TO REMAND

Defendant BASF Corporation and Plaintiff Tammy Lockett, as Beneficiary and Personal Representative of the Estate of Donald Raymond, Sr., (collectively the "Parties") stipulate to remand the above-referenced case to the Philadelphia Court of Common Pleas, Case ID: 240801938 with each Party bearing its own attorneys' fees and costs. After reasonable investigation, the Parties have concluded that there is not complete diversity between Plaintiff and each Defendant in this matter and a remand to the Philadelphia Court of Common Pleas is required. The Parties will submit a proposed order concurrently herewith.

*SIGNATURES ON FOLLOWING PAGE*

- 2 -

Dated: November 22, 2024	Respectfully submitted,

*/s/ Joshua M. Peles*
Joshua M. Peles, Esquire
Christopher D. Molony, Esquire
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
jpeles@reedsmith.com
cmolony@reedsmith.com

*Attorneys for Defendant BASF Corporation*


*/s/ Andrew J. DuPont*
Andrew J. DuPont, Esquire
**LOCKS LAW FIRM**
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
(215) 893-0100
adupont@lockslawpa.com

*Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused a true and correct copy of the foregoing Stipulation to Remand to be filed and served upon all counsel of record via the electronic court filing (ECF) system for the U.S. District Court for the Eastern District of Pennsylvania and is available for viewing and downloading.

*/s/ Joshua M. Peles*
Joshua M. Peles
