UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Tammy Lockett, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr.,** : : : : **Plaintiff,** : : **v.** : : : **E.I. du Pont de Nemours and Company, BASF Corporation, The Sherwin-Williams Company, PPG Industries, Inc., Energy Transfer (R&M), LLC, Ashland, LLC, Univar Solutions USA, Inc., Union Oil Company of California d/b/a Unocal, individually as Successor-an-Interest to American Mineral Spirits Company, Shell Oil Company, Atlantic Richfield Company and John Does 1-20,** : : : **Defendants.** | Civil Action No. 2:24-cv-05876 |

### [PROPOSED] ORDER TO REMAND MATTER TO STATE COURT

Based upon the Parties' Stipulated Motion to Remand, and good cause appearing therefore,

IT IS HEREBY ORDERED that Case No. 2:24-cv-05876 shall be remanded to the Philadelphia Court of Common Pleas, Pennsylvania. It is further ordered that each Party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Order.

DATED this _____ day of November, 2024.

BY THE COURT:

_____
Timothy J. Savage   J.