# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY LOCKETT, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **E.I. DU PONT DE NEMOURS AND COMPANY, BASF CORPORATION, THE SHERWIN-WILLIAMS COMPANY, PPG INDUSRIES, INC. ENERGY TRANSFER (R&M), LLC, ASHLAND, LLC, UNIVAR SOLUTIONS USA, INC., UNION OIL COMPANY OF CALIFORNIA d/b/a Unocal, Individually as Successor-In-Interest to American Mineral Spirits Company, SHELL OIL COMPANY, ATLANTIC RICHFIELD COMPANY and JOHN DOES 1-20** | : | **NO. 24-5876** |

## ORDER

**NOW**, this 25th day of November, 2024, upon consideration of the Stipulated Motion to Remand (Doc. No. 26) and the parties having failed to state the facts establishing diversity, it is **ORDERED** that no later than **November 29, 2024**, the plaintiff and the defendant BASF Corporation shall file a statement identifying the state of citizenship of the non-diverse party or parties.

_____
TIMOTHY J. SAVAGE, J.