UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Tammy Lockett, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr.,** <br><br> Plaintiff, <br><br> v. <br><br> **E.I. du Pont de Nemours and Company, BASF Corporation, The Sherwin-Williams Company, PPG Industries, Inc., Energy Transfer (R&M), LLC, Ashland, LLC, Univar Solutions USA, Inc., Union Oil Company of California d/b/a Unocal, individually as Successor-an-Interest to American Mineral Spirits Company, Shell Oil Company, Atlantic Richfield Company and John Does 1-20,** <br><br> **Defendants.** | Civil Action No. 2:24-cv-05876 |

### STATEMENT IN SUPPORT OF REMAND

Pursuant to this Court's November 25, 2024 Order (ECF 28), Defendant BASF Corporation and Plaintiff Tammy Lockett, as Beneficiary and Personal Representative of the Estate of Donald Raymond, Sr. ("Plaintiff", collectively the "Parties") hereby submit this statement identifying the state of citizenship of the non-diverse party in connection with the Parties' Stipulated Motion to Remand (ECF 26). The Parties hereby state as follows:

(1) Plaintiff is and was a citizen of the State of Louisiana at the time this lawsuit was filed.

(2) Energy Transfer (R&M), LLC is, and at the time this lawsuit was filed was, a citizen of the State of Louisiana for the purposes of diversity of citizenship because at least

one of its owners, Energy Transfer LP, was a citizen of the State of Louisiana at that time. *See also, GBForefront, L.P. v. Forefront Mgmt. Grp., LLC*, 888 F.3d 29, 36 (3d Cir. 2018) ("[T]he citizenship of unincorporated associations must be traced through however many layers of partners or members there may be.")

(3)   Energy Transfer LP is, and at the time this lawsuit was filed was, a parent and member of Defendant Energy Transfer (R&M), LLC.  Energy Transfer LP is, and at the time this lawsuit was filed was, a Delaware limited partnership with certain members who are citizens of the State of Louisiana.  Energy Transfer LP is therefore a citizen of the State of Louisiana for the purposes of diversity of citizenship.  *See Americold Realty Trust v. ConAgra Foods, Inc.*, 136 S. Ct. 1012, 1016-17 (2016).

Dated: November 27, 2024

Respectfully submitted,

*/s/ Joshua M. Peles*
Joshua M. Peles, Esquire
Christopher D. Molony, Esquire
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
jpeles@reedsmith.com
cmolony@reedsmith.com

*Attorneys for Defendant BASF Corporation*

*/s/ Andrew J. DuPont*
Andrew J. DuPont, Esquire
**LOCKS LAW FIRM**
601 Walnut Street, Suite 720 East
170 S. Independence Mall West

Philadelphia, Pennsylvania 19106
(215) 893-0100
lockslaw.com

*Attorneys for Plaintiff*

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I caused a true and correct copy of the foregoing Statement in Support of Remand to be filed and served upon all counsel of record via the electronic court filing (ECF) system for the U.S. District Court for the Eastern District of Pennsylvania and is available for viewing and downloading.

*/s/ Joshua M. Peles*
Joshua M. Peles
