IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY LOCKETT, as Beneficiary and Personal Representative of the Estate Of Donald Raymond, Sr.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **E.I. DU PONT DE NEMOURS AND COMPANY, BASF CORPORATION, THE SHERWIN-WILLIAMS COMPANY, PPG INDUSRIES, INC. ENERGY TRANSFER (R&M), LLC, ASHLAND, LLC, UNIVAR SOLUTIONS USA, INC., UNION OIL COMPANY OF CALIFORNIA d/b/a Unocal, Individually as Successor-In-Interest to American Mineral Spirits Company, SHELL OIL COMPANY, ATLANTIC RICHFIELD COMPANY and JOHN DOES 1-20** | : | **NO.  24-5876** |

### ORDER

**NOW**, this 27th day of November, 2024, upon consideration of the Stipulated Motion to Remand (Doc. No. 26) and the Statement in Support of Remand (Doc. No. 29), it is **ORDERED** that this action is **REMANDED** to the state court from which it was removed.

_____
TIMOTHY J. SAVAGE, J.



CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD
Nov/27/2024
By: s/ *Joseph Lavin*
Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania